In re: K. CLARK,

K. Clark, Petitioner,

v.

United States District Court for the Central District of California, Respondent,

Time Warner Cable, a corporation, Real Party in Interest.

No. 07–72899.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 6, 2008.*

Filed April 30, 2008.

Stephen Yagman, Esq., Yagman & Yagman & Reichmann, Venice Beach, CA, for Petitioner.

No Appearance for Respondent.

Travers D. Wood, Esq., White & Case, LLP, Los Angeles, CA, for Other Party Time Warner Cable, A Corporation Real Party In Interest.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

K. Clark petitions for a writ of mandamus arising from the district court's decision to dismiss her complaint against Time Warner Cable ("TWC") on the grounds that her claim against TWC under 47 U.S.C. § 258(a) warranted a referral to the Federal Communications Commission in the first instance.[1]

Clark's mandamus petition seeks precisely the same relief as her appeal—a reversal of the district court's decision, and a remand that requires the district court to consider the merits of her § 258(a) claim. This court will not "engage in extraordinary review by mandamus ... when it can exercise the same review by a contemporaneous ordinary appeal." *Calderon v. U.S. Dist. Court*, 137 F.3d 1420, 1421 (9th Cir.1998) (quoting *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 8 n. 6, 103 S.Ct. 927, 74 L.Ed.2d 765 (1983)).

Accordingly, Clark's petition for mandamus is

**DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. In a concurrently filed opinion, we address Clark's direct appeal from the district court's decision. *See Clark v. Time Warner Cable,* 523 F.3d 1110 (9th Cir.2008).